



## MEMORANDUM OPINION

No. 04-12-00042-CR

**IN RE** Michael **IDROGO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  February 8, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On January 19, 2012, relator filed a petition entitled "Petition for Writ of Quo Warranto and/or Petition for Writ of Error and/or Petition for Writ of Mandamus." The court has considered relator's petition and supplemental petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 342465, styled *State of Texas v. Michael Idrogo*, in the County Court No. 6, Bexar County, Texas, the Honorable Wayne Christian presiding.